# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-21-CAR-CHW-4 |
| DESTINY LORD, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Destiny Lord's Motion to Continue [Doc. 65] the trial of this case which is set to begin on April 3, 2023, in Athens, Georgia. On August 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine. On January 30, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and released on an unsecured bond. This is Defendant's second request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that additional time is needed to adequately review the evidence, prepare a defense, appropriately advise Defendant, and engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a

continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 83] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 15th day of March, 2023.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT